THE HON. MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| PANCAKE KING, LLC, a Washington limited liability company; 638, INC., a Washington corporation; and 668, INC., a Washington corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. SPECIALTY INSURANCE COMPANY, a foreign insurance company,<br><br>Defendant. | No. 2:23-cv-01142 MJP<br><br>STIPULATED MOTION AND ~~(PROPOSED)~~ ORDER EXTENDING TIME FOR DEFENDANT TO ANSWER COMPLAINT |

IT IS HEREBY stipulated by counsel for the parties hereto that the deadline for defendant U.S. Specialty Insurance Company to file and serve its response to Plaintiff's Complaint shall be October 10, 2023

DATED this 15th day of September, 2023.

*s/ Lisa C. Neal*
Lisa C. Neal, WSBA #25686
Wilson Smith Cochran Dickerson
1000 2nd Avenue, Suite 2050
Seattle, WA  98104
206-623-4100 P | 206-623-9273 F
l.neal@wscd.com
Attorneys for Defendant

STIPULATED MOTION AND ORDER EXTENDING TIME FOR DEFENDANT TO ANSWER COMPLAINT (Cause No. 2:23-cv-00142 MJP) – 1
LCN6897.001/4507587X



1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON  98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

*s/ Brendan Winslow-Nason* (per electronic authorization)
Brendan Winslow-Nason, WSBA #39328
Katherine S. Wan, WSBA #58647
Gordon Tilden Thomas & Cordell, LLP
600 University Street, Suite 2915
Seattle, WA 98101
206-467-6477 P | 206-467-6292 F
bwinslow-nason@gordontilden.com
kwan@gordontilden.com
Attorneys for Plaintiffs

## ORDER

Based on the above Stipulation, IT IS SO ORDERED.

DATED this 18th day of September, 2023.

Marsha J. Pechman
United States Senior District Judge

STIPULATED MOTION AND ORDER EXTENDING TIME FOR DEFENDANT TO ANSWER COMPLAINT (Cause No. 2:23-cv-00142 MJP) – 2
LCN6897.001/4507587X

WILSON SMITH COCHRAN DICKERSON
1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273