1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| PANCAKE KING, LLC, a Washington limited liability company; 638, INC., a Washington corporation; and 668, INC., a Washington corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. SPECIALTY INSURANCE COMPANY, a foreign insurance company,<br><br>Defendant. | No. 2:23-cv-01142 MJP<br><br>STIPULATION FOR BRIEFING SCHEDULE FOR CROSS MOTIONS FOR SUMMARY JUDGMENT<br><br>NOTING DATE DECEMBER 6, 2023 |

Plaintiffs PANCAKE KING, LLC, 638, Inc., and 668, Inc. ("Pancake King") and Defendant U.S. Specialty Insurance Company ("USSIC") by and through their counsel of record, hereby stipulate to this motion to set a briefing schedule for cross Motions for Summary Judgment. The parties stipulate that the motions and cross-motions shall be limited to the issue of whether the wage & hour exclusion in the USSIC policies bars coverage for the claims against Pancake House.

The parties request that the Court order as follows:

Defendant USSIC shall file its opening brief December 20, 2023

STIPULATION FOR BRIEFING SCHEDULE
FOR CROSS MOTIONS FOR SUMMARY
JUDGMENT (Cause No. 2:23-cv-01142 MJP) – 1



1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

Plaintiff Pancake King, LLC shall file its opposition and cross-motion on January 17, 2024

Defendant USSIC shall file its combined reply and opposition on January 31, 2024

Plaintiff Pancake King, LLC shall file its reply in support of its cross-motion on February 7, 2023

DATED this 6th day of December, 2023.

                                                *s/ Lisa C. Neal*
Lisa C. Neal, WSBA No. 25686
Wilson Smith Cochran Dickerson
1000 2nd Avenue, Suite 2050
Seattle, WA  98104
 (206) 623-4100 P | (206) 623-9273 F
l.neal@wscd.com
Attorney for Defendant

*s/ Terrance McInnis*
Terrence R. McInnis, CA No. 155416
Troutman Pepper
5 Park Plaza, Suite 1400
Irvine, CA 92614
(949) 622-2705 P
terrence.mcinnis@troutman.com
Attorney for Defendant

DATED this 6th day of December, 2023.

*s/Brendan Winslow-Nason*
Brendan Winslow-Nason, WSBA #39328
Katherine S. Wan, WSBA #58647
Gordon Tilden Thomas & Cordell, LLP
600 University Street, Suite 2915
Seattle, WA 98101
(206) 467-6477 P  (206) 467-6292 F
bwinslow-nason@gordontilden.com;
kwan@gordontilden.com
Attorneys for Plaintiffs

STIPULATION FOR BRIEFING SCHEDULE FOR CROSS MOTIONS FOR SUMMARY JUDGMENT (Cause No. 2:23-cv-01142 MJP) – 2



WILSON SMITH COCHRAN DICKERSON
1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON  98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

**ORDER**

Based on the above Stipulated Motion, IT IS SO ORDERED.

Defendant USSIC shall file its opening brief December 20, 2023;

Plaintiff Pancake King, LLC shall file its opposition and cross-motion on January 17, 2024;

Defendant USSIC shall file its combined reply and opposition on January 31, 2024; and

Plaintiff Pancake King, LLC shall file its reply in support of its cross-motion on February 7, 2023.

DATED this 6th day of December, 2023.

_____
Marsha J. Pechman
United States Senior District Judge

STIPULATION FOR BRIEFING SCHEDULE FOR CROSS MOTIONS FOR SUMMARY JUDGMENT (Cause No. 2:23-cv-01142 MJP) – 3

WILSON SMITH COCHRAN DICKERSON
1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273