<pre>
 1
 2
 3
 4
 5
 6
 7
 8                      UNITED STATES DISTRICT COURT
                       WESTERN DISTRICT OF WASHINGTON
 9                               AT SEATTLE

10   PANCAKE KING, LLC, 638, INC., and        CASE NO. C23-1142 MJP
     668, INC.,
11                                            ORDER OF DISMISSAL
                        Plaintiffs,
12
            v.
13
     U.S. SPECIALTY INSURANCE
14   COMPANY,

15                      Defendant.

16
</pre>

17

18       The Court having been notified of the settlement of this case, and it appearing that no

19   issue remains for the court's determination,

20       IT IS ORDERED that this action and all claims asserted herein are DISMISSED with

21   prejudice and without costs to any party.

22       In the event that the settlement is not perfected, any party may move to reopen the case,

23   provided that such motion is filed within sixty (60) days of the date of this order. Any trial date

24   and pretrial dates previously set are hereby VACATED.

ORDER OF DISMISSAL - 1

The clerk is ordered to provide copies of this order to all counsel.

Dated March 27, 2024.

*[signature]*

Marsha J. Pechman
United States Senior District Judge